UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| BLAKE O'BRYAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:24-CV-00119-JRG-CRW |
| ERNEST BRADELY MOORE, et al., | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 7], recommending the Court dismiss this case with prejudice for failure to state a claim upon which relief could be granted. Plaintiff has not filed a timely objection to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

Having reviewed the record, the Court agrees with Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). For the reasons set out in the Report and Recommendation, which the Court adopts and incorporates into this Order, the Complaint [Doc. 2] is **DISMISSED with PREJUDICE**.

An appropriate judgment shall enter.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
